F I L E D
Clerk
District Court
DEC 22 2022
for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UVAROV DENIS,<br><br>             Plaintiff,<br><br>v.<br><br>OSMAN GANI *dba* SAIPAN SECURITY SERVICES,<br><br>             Defendant. | Case No.: 1-21-cv-00002<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

On November 30, 2022, the Court dismissed this case with prejudice pursuant to the parties' stipulated motion to approve settlement (Stip. Mot. ECF No. 19). (Order Approving Settlement, ECF No. 20.) Pursuant to the parties' settlement agreement (ECF No. 19-1), the order required Defendant Osman Gani d/b/a Saipan Security Services ("Gani") to pay Plaintiff Uvarov Denis ("Denis") $700 within two weeks of issuance of the order. (Order Approving Settlement 1.) Additionally, the Court retained jurisdiction over enforcement of the settlement agreement. (*Id.*) Denis filed a motion requesting the Court fine Gani for failure to tender payment, which the Court construed as a motion for an order to show cause. (Mot. OSC, ECF No. 21.) The Court ordered Gani to show cause why he failed to comply with the terms of the settlement agreement and set a hearing for January 10, 2023. (Order Show Cause 1, ECF No. 22.) Subsequently, Denis filed a motion to vacate the hearing as Gani complied with the settlement agreement and paid him in full. (Mot. Vacate Hr'g, ECF No. 23.) As such, the Court DISCHARGES the order to show cause and vacates the corresponding hearing.

///

///

The Court further construes Denis's request to vacate the OSC hearing as a notice of satisfaction. Accordingly, the Court directs the Clerk to close this case.

IT IS SO ORDERED this 22nd day of December, 2022.

                                                                                            /s/ Ramona V. Manglona
                                                                                            RAMONA V. MANGLONA
                                                                                            Chief Judge